CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 24 2015
JULIA C. DUDLEY, CLERK
BY: HMcDaneo
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JOVON JEWELL DAVIS, ) | Civil Action No. 7:15-cv-00323 |
| Plaintiff, ) | |
| ) | |
| v. ) | **MEMORANDUM OPINION** |
| ) | |
| SWRJ, et al., ) | By: Hon. Jackson L. Kiser |
| Defendants. ) | Senior United States District Judge |

Jovon Jewell Davis, a Virginia inmate proceeding pro se, filed a complaint pursuant to 42 U.S.C. § 1983, naming the Southwest Virginia Regional Jail ("SWRJ") and Abingdon Regional Jail as defendants. I dismiss the complaint without prejudice as frivolous because Plaintiff pursues an indisputably meritless legal theory by naming jails as defendants. See, e.g., Neitzke v. Williams, 490 U.S. 319, 327 (1989); Preval v. Reno, 57 F. Supp. 2d 307, 310 (E.D. Va. 1999) ("[T]he Piedmont Regional Jail is not a "person," and therefore not amenable to suit under 42 U.S.C. § 1983."), aff'd in part and rev'd in part, 203 F.3d 821 (4th Cir. 2000), reported in full-text format at 2000 U.S. App. LEXIS 465, at *3, 2000 WL 20591, at *1 ("The court also properly determined that the Piedmont Regional Jail is not a 'person' and is therefore not amenable to suit under § 1983[.]").

ENTER: This 24th day of July, 2015.

/s/ Jackson L. Kiser
Senior United States District Judge